

# THE ATTORNEY GENERAL
## OF TEXAS

### AUSTIN 11, TEXAS

JOHN BEN SHEPPERD
ATTORNEY GENERAL

November 5, 1956

Affirmed by _C-124_

Honorable Homer Garrison, Jr., Director
Texas Department of Public Safety
Austin, Texas

Opinion No. S-218

Re: Requirement of a permit for
transportation of pipe by a
contractor for installation
of a pipe line contracted for
as a turnkey job when the pipe
is furnished by the pipe line
company and the contract in-
cludes an amount for the pipe's

Dear Colonel Garrison:

transportation.

You submit to us the following problem:

A turnkey job contractor contracts with a pipe line company to build
a pipe line and as an incident to this contract agrees to haul pipe owned by
the pipe line company from the nearest railhead and through incorporated cities
to the site of construction stringing the pipe along the ditch in preparation
for the completion of the pipe line, and as an item of the contract the cost of
transporting the pipe is included. Is the turnkey job contractor required to
obtain a permit from the Railroad Commission of Texas before transporting the
pipe?

Under this set of facts, the turnkey job contractor is "transporting
property for compensation or hire" and is a contract carrier within the meaning
of Subsection (h) of Section 1, Article 911b, Vernon's Civil Statutes. New Way
Lumber Company v. Smith, 128 Tex. 173, 96 S.W.2d 282 (1936).

Nor does the turnkey job contractor come within the exceptions of
Section 1a (1) of Article 911b.

### SUMMARY

A contractor who has a turnkey job contract for the
installation of a pipe line and as an incident to the con-
tract transports pipe owned by the pipe line company from

the railhead, stringing it along the ditch, and charges
the pipe line company for the transportation is a con-
tract carrier subject to the provisions of the Motor
Carrier Act, Article 911b, V.C.S.

Yours very truly,

APPROVED:

JOHN BEN SHEPPERD
Attorney General of Texas

Mert Starnes
Oil and Gas Division

W. V. Geppert
Reviewer

By Gordon Thrall

J. C. Davis, Jr.
Reviewer

Gordon Thrall
Assistant Attorney General

L. W. Gray
Reviewer

Davis Grant
First Assistant Attorney General

John Ben Shepperd
Attorney General

GT:tiw